SWAIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FARHAT BOUZOUMITA

        Plaintiff,

        V.

ROBIN RAJ CORP.

        Defendant.

Case No.: 07 CV 10543

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(i)**

---

    **PLEASE TAKE NOTICE** that the claims of plaintiff, FARHAT BOUZOUMITA, are hereby dismissed without prejudice in their entirety as against the defendant, ROBIN RAJ CORP., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), without costs or attorneys' fees to any party.

Dated: January 10, 2008
      New York, New York

                     LAW OFFICES OF
                     ROBERT L. KRASELNIK, PLLC
                     Attorneys for Plaintiff
                     40 Wall Street, 28th Floor
                     New York, NY 10005
                     Phone: (212) 400-7160

                     Robert L. Kraselnik (RK 0684)

SO ORDERED:

        1/14/08
        U.S.D.J

                  1